# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 15-1061V
Filed: January 19, 2016
UNPUBLISHED

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
TENAYA BANKO,                         *
                                      *
            Petitioner,               *    Damages Decision Based on Proffer;
                                      *    Influenza ("Flu") Vaccine; Shoulder
                                      *    Injury Related to Vaccine
SECRETARY OF HEALTH                   *    Administration ("SIRVA"); Special
AND HUMAN SERVICES,                   *    Processing Unit ("SPU").
                                      *
            Respondent.               *
                                      *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

*Tara Cristin O'Mahoney*, Law Offices of Chicago-Kent College of Law, Chicago, IL, for petitioner.
*Julia Wernett McInerny*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On September 22, 2015, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] [the "Vaccine Act"]. Petitioner alleged that she received a seasonal influenza ("flu") vaccine in her left arm on October 4, 2012, and subsequently suffered a shoulder injury related to vaccine administration ("SIRVA"). Petition at 7. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On December 2, 2015, the undersigned issued a ruling on entitlement finding petitioner entitled to compensation. On January 19, 2016, respondent filed a proffer on award of compensation ["Proffer"] stating that petitioner should be awarded $45,000.00. Proffer at 1. In the Proffer, respondent represents that petitioner agrees with the proffered award.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $45,000.00, in the form of a check payable to petitioner, Tenaya Banko.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| TENAYA BANKO, | No. 15-1061 |
| | ECF |
| Petitioner, | Chief Special Master Dorsey |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

**I.   Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $45,000.00, which represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).[1]  Petitioner agrees.

**II.   Form of the Award**

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment of $45,000.00 in the form of a check payable to petitioner. Petitioner agrees.

                                                      Respectfully submitted,

                                                      BENJAMIN C. MIZER
                                                      Principal Deputy Assistant Attorney General

                                                      RUPA BHATTACHARYYA
                                                      Director
                                                      Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

|  |  |
|---|---|
|  | VINCENT J. MATANOSKI<br>Deputy Director<br>Torts Branch, Civil Division |
|  | LINDA S. RENZI<br>Senior Trial Counsel<br>Torts Branch, Civil Division |
|  | <u>/s/ Julia W. McInerny</u><br>JULIA W. MCINERNY<br>Senior Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>P.O. Box 146<br>Benjamin Franklin Station<br>Washington, D.C. 20044-0146 |
| DATED:  January 19, 2016 | (202) 353-3919 |